UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Amy Hiltner,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Owners Insurance Company,<br><br>　　　　　Defendant. | )<br>)　Civil No.: 3:12-cv-00013<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTIONS FOR RELIEF
PURSUANT TO F.R.Civ.P. RULES 52(b), 59(a), 59(e), and 60(b)**

COMES NOW the defendant, Owners Insurance Company, by its counsel, and respectfully requests that the Court grant it the following relief:

1. That the Court amend its Findings of Fact and Conclusions of Law, or make additional Findings, and amend the Judgment entered in this action, accordingly, pursuant to Rule 52(b), F.R.Civ.P.; and

2. That the Court alter or amend the Judgment entered in this action on March 31, 2016, or alternatively, grant Owners a new trial, pursuant to Rules 59(a) and (e), F.R.Civ.P.; and

3. That the Court relieve Owners from the final Judgment entered by the Court in this action on March 31, 2016, pursuant to Rule 60(b), F.R.Civ.P.

Owners' motions are made and based upon all of the pertinent records and files herein, upon the evidence and testimony had and introduced at the trial of this action to the Court, on December 3, 2013, upon the transcript of the trial proceedings of the trial to the Court on

December 3, 2013, including the deposition testimony introduced therein, upon all of the exhibits introduced and received at the trial of this action to the Court on December 3, 2013, upon the written closing arguments of counsel for the parties prepared and filed with the Court and requesting the action to be taken by the Court in this case, and upon the entire record, evidence, testimony and other proceedings before the Court in this action.

Defendant's motions are further made and based upon the brief in support of said motions, filed by Owners herewith.

Additionally, defendant's motions would be based upon any argument to the Court, at oral argument on defendant's motions, if permitted by the Court.

Respectfully submitted this 27th day of April, 2016.

Michael J. Morley, #03596
MORLEY LAW FIRM, LTD.
4000 Garden View Dr., Ste. 100
PO Box 14519
Grand Forks ND 58208-4519
PH: (701) 772-7266
Attorneys for Defendant
mmorley@morleylawfirm.com