Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Amy Hiltner,

   Plaintiff,

vs.

Owners Insurance Company,

   Defendant.

THIRD AMENDED
JUDGMENT IN A CIVIL CASE

Case No.   3:12-cv-13

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed on April 26, 2018:

Judgment is entered in the amount of $1,411.20 for past economic damages as of June 30, 2016, plus interest accruing at a rate of $.169 per day until paid in full; in the amount of $107,119.00 for future non-economic damages as of June 30, 2016, plus interest accruing at a rate of $6.78 per day until paid in full; in the amount of $56,459.34 for past non-economic damages as of June 30, 2016, plus interest accruing at a rate of $15.78 per day until paid in full; and the sum of $4,923.57 in costs and disbursements.

Date: April 27, 2018

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Ashley Sanders, Deputy Clerk*